# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| PACID TECHNOLOGIES, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 1:23-cv-607-DAE |
| v. § | |
| § | JURY TRIAL DEMANDED |
| BANK OF AMERICA CORPORATION and § | |
| BANK OF AMERICA, N.A., § | |
| § | |
| *Defendants*. § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, Plaintiff PACid Technologies, LLC ("PACid") and Defendants Bank of America Corporation and Bank of America, N.A. ("Bank of America") (collectively, the "Parties") announced to the Court that they have resolved PACid's claims for relief against Bank of America asserted in this case. PACid and Bank of America have therefore requested that the Court dismiss PACid's claims for relief against Bank of America with prejudice, with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that PACid's claims for relief against Bank of America are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. **The Clerk is instructed to close the case.**

SIGNED at Austin, Texas this 18th day of March, 2024.

_____
HON. DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE